USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER O'ROURKE,

                      **Plaintiff,**                  20-CV-00487 (PAE)(SN)

        -against-                                             **ORDER**

495 SECOND AVENUE LLC, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 17, 2020, plaintiff Christopher O'Rourke filed a complaint against defendants 495 Second Avenue LLC and Khaled Albishari. Under Federal Rule of Civil Procedure 4(m), service was required within 90 days of the filling of the complaint, or by April 16, 2020. Nothing on the docket reflects that Plaintiff has requested the issuance of a summons or that service was made within this time.

By May 6, 2020, the plaintiff shall submit a letter explaining the basis for failing to serve a summons and the complaint within the time allowed under Rule 4. If the plaintiff cannot establish good cause for such failure, the Court may dismiss the case without prejudice. See Meilleur v. Strong, 682 F.3d 56. 62 (2d Cir. 2012); Fed. R. Civ. P. 4(m).

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      April 29, 2020
                 New York, New York